UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

THERESA HARRISON,

                Plaintiff,

                17cv6281

        -against-

                SCHEDULING ORDER

PORT AUTHORITY OF NEW YORK AND NEW JERSEY,

                Defendant.

------------------------------------

WILLIAM H. PAULEY III, Senior United States District Judge:

        In consideration of the parties' March 22, 2021 joint letter application (ECF No. 87), the following amended schedule is entered on consent of the parties:

1. The Parties shall file any motions in limine by April 16, 2021. Each party shall be limited to one brief for motions regarding witnesses and one brief for motions regarding exhibits.

2. The Parties shall file their opposition briefs by May 7, 2021.

3. The Parties shall file their reply briefs by May 17, 2021.

4. The Parties shall appear for a telephonic oral argument and final pretrial conference on May 27, 2021 at 2:00 p.m. The dial-in number for the argument is (888) 363-4749. The access code is 3070580.

Dated: March 23, 2021
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.