

**MEMO ENDORSED**

> Application granted. The parties shall file their motions in limine by April 19, 2021.

SO ORDERED:

*/s/ William H. Pauley III*
WILLIAM H. PAULEY III
U.S.D.J.

Dated: April 16, 2021
New York, NewYork

Lisa Alexis Jones, Esq.
Direct Dial: (332) 232-1302

April 16, 2021

<u>VIA ECF</u>

Honorable William H. Pauley III
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1920
New York, New York 10007

    Re:    <u>Theresa Harrison v. The Port Authority of New York and New Jersey</u>
               **Docket No.: 1:17-cv-06281-WHP**

Dear Judge Pauley:

    I represent Plaintiff Theresa Harrison in the above-referenced action. I write to request a very brief extension of time to file the parties' motions in limine from April 16, 2021 to April 19, 2021. I have conferred with counsel for defendant, and defendant consents to the relief requested. The reason for this request for a short extension is due to undersigned counsel's significant reaction to COVID-19 vaccination over the course of two days during the past week. The parties have agreed to extend the time for filing to April 19 for both parties. This is the second request for an extension to file the motions in limine, the parties do not anticipate the need for any further extensions and this request will not require the postponement of any other filing deadlines currently pending.

    I thank the Court for its consideration.

                        Respectfully submitted,

                        LEECH TISHMAN FUSCALDO & LAMPL

                By:    <u>/s/ Lisa Alexis Jones</u>

                                                    Lisa Alexis Jones, Esq.
                                                     *Counsel for Plaintiff*

cc:     All Counsel of Record (via Electronic Mail)