UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/23/21
```

Theresa Harrison,

             Plaintiff,

–v–

Port Authority of New York and New Jersey,

             Defendants.

17-cv-6281 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Pursuant to today's status conference, the parties are hereby ORDERED to submit a joint letter on or before August 30, 2021, providing an update regarding settlement discussions and indicating whether the Court should schedule a settlement conference, refer the parties to the Magistrate Judge for a settlement conference, or refer the parties for mediation to the Court-annexed Mediation Program.

    SO ORDERED.

Dated: July 23, 2021
        New York, New York

_____
ALISON J. NATHAN
United States District Judge