UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/2021
```

Theresa Harrison,

        Plaintiff,

—v—

Port Authority of New York and New Jersey,

        Defendant.

17-cv-6281 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On July 23, 2021, the Court set a tentative date of trial in this case for March 7, 2022. Due to the Court's schedule and heavy criminal docket, the Court ADJOURNS the tentative trial date to May 2, 2022. As discussed at the July 23 status conference, the Court will request this tentative trial date in accordance with the District's COVID-19 protocols.

    SO ORDERED.

Dated: October 25, 2021
       New York, New York

                                                _____
                                                ALISON J. NATHAN
                                                United States District Judge