```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
THERESA HARRISON,                        :
                                         :       17cv6281(DLC)
                    Plaintiff,           :
                                         :          ORDER
          -v-                            :
                                         :
PORT AUTHORITY OF NEW YORK AND NEW       :
JERSEY,                                  :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

This case having been transferred to my docket on December 10, 2021, it is hereby

ORDERED that the parties shall provide courtesy copies of the motions in limine and their proposed joint pretrial order to Chambers no later than January 7, 2022.

Dated:    New York, New York
          December 20, 2021

_____
DENISE COTE
United States District Judge