```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
THERESA HARRISON,                        :
                                         :    17cv6281(DLC)
                      Plaintiff,         :
                                         :       ORDER
           -v-                           :
                                         :
PORT AUTHORITY OF NEW YORK AND NEW       :
JERSEY,                                  :
                                         :
                      Defendant.         :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    A jury trial in the above-captioned action has been placed on the May 2022 trial ready calendar.  It is hereby

    ORDERED that a final pretrial conference will occur on **March 10, 2022 at 10:00 AM** in Courtroom 18B, 500 Pearl Street.  In light of the ongoing COVID-19 pandemic,

    IT IS FURTHER ORDERED that all individuals seeking entry to 500 Pearl Street must complete a questionnaire before being allowed entry into the courthouse.  **To gain entry to 500 Pearl Street, follow the instructions provided here**:

    https://www.nysd.uscourts.gov/sites/default/files/2020-10/QR%20Sign%20-%20Public_Media_v.5.pdf

    IT IS FURTHER ORDERED that all individuals must practice social distancing at all times in the courthouse.  Individuals also must wear a KN94, KN95, or N95 mask that covers their nose

and mouth in the courthouses.  Surgical masks, bandannas, gaiters and masks with valves are prohibited.

Dated:    New York, New York
          March 1, 2022

```
                              _____
                                    DENISE COTE
                              United States District Judge
```