

**LEECH**TISHMAN
LEECH TISHMAN FUSCALDO & LAMPL

*The conference will occur on 3/8 at 10:00am. Denise Cote 3/3/22*

Lisa Alexis Jones
Partner
Direct Dial: (332) 232-1302
ljones@leechtishman.com

March 3, 2022

**VIA ECF**

Chambers of the Honorable Denise L. Cote
Daniel Patrick Moynihan United States Courthouse
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

          Re:    Theresa Harrison v. Port Authority of New York and New Jersey
                  United States District Court Case No. 17-cv-06281-DLC

Dear Judge Cote:

      I write on behalf of plaintiff Theresa Harrison, and with defendant the Port Authority of New York and New Jersey's consent, to request a continuance of the pretrial conference scheduled for March 10, 2022 by the Court's Order, dated March 1, 2022 [ECF 120]. The reasons for this request are as follows:

      Immediately after receiving the Court's Order, Ms. Harrison advised that she has pre-paid plans to travel outside of the United States to attend a wedding and visit relatives on March 10, 2022 and returning to the United States on March 18, 2022. Ms. Harrison has advised that she would be available anytime from March 21 and thereafter at the Court's convenience to attend the pretrial conference.

      I have advised defendant's counsel of this request, and defendant consents to the relief requested. Defendant's counsel has advised that she is available on the following dates:

      March 22, 23, 29 and April 6.

LEECH TISHMAN FUSCALDO & LAMPL, LLC
250 Park Avenue, 7th Floor | New York, New York 10177 | T: 332-232-1300 | F: 332.232.1301

LEECHTISHMAN.COM

Ms. Harrison and undersigned counsel are also available on those dates. This continuance is for good cause and should not impact proceeding with the trial in this matter.

I thank the Court for its consideration.

                Very truly yours,

                LEECH TISHMAN FUSCALDO & LAMPL

      By:    *Lisa Alexis Jones*
              Lisa Alexis Jones

cc:    All Counsel of Record (via ECF)