```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
THERESA HARRISON,                        :
                                         :
                    Plaintiff,           :    17cv6281 (DLC)
                                         :
          -v-                            :    ORDER
                                         :
PORT AUTHORITY OF NEW YORK AND NEW       :
JERSEY,                                  :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

The Court held a final pretrial conference on March 8, 2022. It is hereby

ORDERED that the parties' motions <u>in limine</u> of April 16 and 19, 2021 are resolved in the manner stated on the record at the March 8 conference.

SO ORDERED:

Dated:     New York, New York
           March 8, 2022

                                    _____
                                           DENISE COTE
                                    United States District Judge