```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
THERESA HARRISON,                        :
                                         :
                    Plaintiff,           :      17cv6281 (DLC)
                                         :
          -v-                            :         ORDER
                                         :
PORT AUTHORITY OF NEW YORK AND NEW       :
JERSEY,                                  :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Trial in this action is scheduled for May 4, 2022.  The Court held a final pretrial conference on March 8.  It is hereby

ORDERED that the parties shall file by **April 20, 2022** proposed Voir Dire questions and Requests to Charge.

Dated:    New York, New York
          March 8, 2022

                                    _____
                                             DENISE COTE
                                    United States District Judge