```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
THERESA HARRISON,                     :
                                      :
                 Plaintiff,           :    17cv6281 (DLC)
                                      :
         -v-                          :        ORDER
                                      :
PORT AUTHORITY OF NEW YORK AND NEW    :
JERSEY,                               :
                                      :
                 Defendant.           :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

Trial in this action is scheduled for May 4, 2022. On April 28, the parties were ordered to designate portions of the pretrial disposition of an absent witness, James Munday, and to raise unresolved disputes by May 2. Having received on May 2 letters from both parties, it is hereby

ORDERED that the defendant's objections to the below deposition designations are overruled ("O") in part and sustained ("S") in part, as follows:

   Page 58, lines 15-25: O

   Page 59, lines 1-25: O

   Page 60, lines 1-2: O

   Page 62, lines 3-9: O

   Page 63, lines 10-25: O

   Page 64, lines 14-22: O

```
Page 64, lines 23-25: S

Page 65, lines 1-9: S

Page 65, lines 10-19: O

Page 65, lines 20-25: S

Page 66, lines 1-10: S

Page 66, lines 11-16: O

Page 66, lines 17-21: S

Page 75, lines 2-7: O

Page 79, lines 1-25: S

Page 80, lines 1-6: S

Page 81, lines 9-13: S

Page 82, lines 4-14: S

Page 91, lines 14-22: S
```

Dated: New York, New York
       May 3, 2022

                                       DENISE COTE
                            United States District Judge