```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
THERESA HARRISON,                         :
                                          :
                       Plaintiff,         :      17cv6281 (DLC)
                                          :
            -v-                           :      ORDER
                                          :
PORT AUTHORITY OF NEW YORK AND NEW        :
JERSEY,                                   :
                                          :
                       Defendant.         :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

    A jury trial in this action commenced on May 4, 2022. On May 5, the defendant advised the Court that a witness, Huntley Lawrence, had that day tested positive for COVID-19. Accordingly, Mr. Lawrence may not enter the courthouse during the trial under this district's COVID-19 guidance, Restrictions on Entry to Courthouses (21 misc 164) (May 2, 2022). Good cause and compelling circumstances having been shown and the parties having consented pursuant to Fed. R. Civ. P. 43(a), it is hereby

    ORDERED that, if called, Mr. Lawrence shall testify at the trial via video conference using the Microsoft Teams platform. To access the conference, paste the following link into your

browser:

> https://teams.microsoft.com/l/meetup-join/19%3ameeting_YmFjYWY4NDEtODUyNi00MDdmLTlmNmItYzJiYWViZTkxNzM3%40thread.v2/0?context=%7b%22Tid%22%3a%221d66f037-8266-4d1c-919c-67c6543d3542%22%2c%22Oid%22%3a%22f281b8d8-5887-44a5-9566-8c44f6aaf05d%22%7d

To use this link, you may need to download software to use the platform's videoconferencing features.[1] Mr. Lawrence is directed to test his videoconference setup in advance of the conference -- including his ability to access the link above. He is further directed to access the above link and remain ready to be called by 9:30 a.m. on May 6.

Users who are unable to download the Microsoft Teams application may access the meeting through an internet browser, although downloading the Teams application is highly recommended.[2] When you successfully access the link, you will be placed in a "virtual lobby" until the conference begins. Mr. Lawrence should also ensure that his webcam, microphone, and headset or speakers are all properly configured to work with Microsoft Teams. For general guidelines for participation in

---

[1] See Microsoft, Download Microsoft Teams (last visited Dec. 7, 2020), https://microsoft.com/en-us/microsoft-teams/download-app.

[2] Please note that participants who access the Teams meeting using an internet browser may only be able to view one participant at a time.

remote conferences, visit https://nysd.uscourts.gov/covid-19-coronavirus.

SO ORDERED:

Dated:   New York, New York
         May 6, 2022

                                                      DENISE COTE
                                   United States District Judge