```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
THERESA HARRISON,                        :
                                         :
                     Plaintiff,          :     17cv6281 (DLC)
                                         :
         -v-                             :          ORDER
                                         :
PORT AUTHORITY OF NEW YORK AND NEW       :
JERSEY,                                  :
                                         :
                     Defendant.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

The jury having deliberated and returned a verdict for the defendant on May 6, 2022, it is hereby

ORDERED that the Clerk of Court shall enter judgment for the defendant and close this case.

Dated:   New York, New York
         May 6, 2022

                                    _____
                                           DENISE COTE
                                    United States District Judge