UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THERESA HARRISON,

                Plaintiff,　　　　　　　　17 **CIVIL** 6281 (DLC)

      -against-　　　　　　　　　　　　　　**JUDGMENT**

PORT AUTHORITY OF NEW YORK AND
NEW JERSEY,
                Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Denise Cote, United States District Judge, the jury having returned a verdict in favor of Defendant, and the Complaint is hereby dismissed.

DATED: New York, New York
          May   10   , 2022

                                                              RUBY J. KRAJICK

                                                               Clerk of Court

So Ordered:　　　　　　　　　　　　　BY:

_____
U.S.D.J.　　　　　　　　　　　　　　　　　　Deputy Clerk